BANKRUPTCY LAW GROUP, PC
Chad M. Johnson, SBN: 232417
Joseph Feist, SBN: 249447
Mark Shmorgon, SBN: 255939
25 Cadillac Dr., Suite 290
Sacramento, CA 95825
Tel: (916) 979-6100
Fax: (916) 979-6120

Attorneys for Debtors
SERGEY PLUGOVOY and
VALENTINA PLUGOVOY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In re:

SERGEY PLUGOVOY and
VALENTINA PLUGOVOY,

    Debtors.

Case No.: 10-26535-D-7

Chapter 7

DCN: ADS - 01

MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS' BUSINESSES AS ASSETS OF ESTATE [11 USCS §§ 554(b), 721]

Date: April 21, 2010
Time: 10:00 a.m.
Courtroom: 34, 6th Floor
Honorable Judge Robert S. Bardwil

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS AN ASSET OF THE ESTATE**

NTC and MTN to Compel Abandonment; Points and Authorities

3

Debtors SERGEY PLUGOVOY and VALENTINA PLUGOVOY, by and through their attorney of record Mark Shmorgon, will and hereby do bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtors' Businesses ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' businesses on the following grounds:

1. Debtors' businesses do not possess or own any assets that might be liquidated for value to benefit creditors and are therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the businesses by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

ATTORNEY DEBT SOLUTIONS, PC

Dated: 3/18/10

By: _____
Mark Shmorgon
Attorney for Debtors